(Ex),CLOSED,DISCOVERY,MANADR,RELATED-G,TRANSFERRED

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:13-cv-08168-ABC-E

Robert Fields et al v. DIRECTV Inc et al  
Assigned to: Judge Audrey B. Collins  
Referred to: Magistrate Judge Charles F. Eick  
Related Case: 2:13-cv-08108-ABC-E  
Cause: 29:201 Fair Labor Standards Act  

Date Filed: 11/01/2013  
Date Terminated: 07/22/2014  
Jury Demand: Plaintiff  
Nature of Suit: 720 Labor: Labor/Mgt. Relations  
Jurisdiction: Federal Question  

**Plaintiff**

**Robert Fields**     represented by     **Jason S Hartley**  
Stueve Siegel Hanson LLP  
550 West C Street Suite 1750  
San Diego, CA 92101  
619-400-5822  
Fax: 619-400-5832  
Email: hartley@stuevesiegel.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**George A Hanson**  
Stueve Siegel Hanson LLP  
460 Nichols Road Suite 200  
Kansas City, MO 64112  
816-714-7100  
Fax: 816-714-7101  
Email: hanson@stuevesiegel.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  

**Jesse B Hearin, III**  
Hearin LLC  
1009 Carnation Street Suite E  
Slidell, LA 70460  
985-639-3377  
Fax: 877-821-8015  
Email: jbhearin@hearinllc.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  

**Ryan D O'Dell**  
Stueve Siegel Hanson LLP  
550 West C Street Suite 1750  
San Diego, CA 92101

        619-400-5822
        Fax: 619-400-5832
        Email: odell@stuevesiegel.com
        *ATTORNEY TO BE NOTICED*

        **Stanley D Saltzman**
        Marlin and Saltzman LLP
        29229 Canwood Street Suite 208
        Agoura Hills, CA 91301-1555
        818-991-8080
        Fax: 818-991-8081
        Email: ssaltzman@marlinsaltzman.com
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Kissell**     represented by  **Jason S Hartley**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **George A Hanson**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Jesse B Hearin , III**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Ryan D O'Dell**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Stanley D Saltzman**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Cook**     represented by  **Jason S Hartley**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **George A Hanson**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Jesse B Hearin , III**

(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Ryan D O'Dell**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Stanley D Saltzman**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael McAndrew**     represented by   **Jason S Hartley**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**George A Hanson**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Jesse B Hearin , III**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Ryan D O'Dell**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Stanley D Saltzman**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dale Schwalm**     represented by   **Jason S Hartley**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**George A Hanson**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Ryan D O'Dell**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ty Thomas            represented by    **Jason S Hartley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

       **George A Hanson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

       **Ryan D O'Dell**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

DIRECTV Inc       represented by    **Adam J Karr**
O'Melveny and Myers LLP
610 Newport Center Drive 17th Floor
Newport Beach, CA 92660-6429
949-760-9600
Fax: 949-823-6994
Email: akarr@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

       **Linda S Husar**
Reed Smith LLP
355 South Grand Avenue Suite 2900
Los Angeles, CA 90071-1514
213-457-8140
Fax: 213-457-8080
Email: lhusar@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

       **Thomas E Hill**
Reed Smith LLP
355 South Grand Avenue Suite 2900
Los Angeles, CA 90071-1514
213-457-8133
Fax: 213-457-8080
Email: thill@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**

DIRECTV LLC       represented by    **Linda S Husar**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Adam J Karr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DirectSat USA LLC** represented by **Connie L Chen**
Fox Rothschild LLP
1800 Century Park East Suite 300
Los Angeles, CA 90067-3005
310-598-4170
Fax: 310-556-9828
Email: cchen@foxrothschild.com
*ATTORNEY TO BE NOTICED*

**Yesenia M Gallegos**
Fox Rothschild LLP
1800 Century Park East Suite 300
Los Angeles, CA 90067-3005
310-598-4150
Fax: 310-556-9828
Email: ygallegos@foxrothschild.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**DTV Home Services II LLC** represented by **Adam J Karr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mastec North America Inc** represented by **Linda S Husar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 11/01/2013 | 1 | COMPLAINT against Defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC, DirectSat USA LLC, Mastec North America Inc. Case assigned to Judge George H. Wu for all further proceedings. Discovery referred to Magistrate Judge Frederick F. Mumm.(Filing fee $ 400 PAID.) Jury Demanded., filed by Plaintiffs Kenneth Kissell, Michael McAndrew, Robert Fields, George Cook. [Summons not Issued on 11/1/2013.] (et) (Additional attachment(s) added on 11/14/2013: # 1 Notice of Assignment, # 2 Civil Cover Sheet) (mg). (Entered: 11/06/2013) |
|---|---|---|
| 11/01/2013 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiffs George Cook, Robert Fields, Kenneth Kissell, Michael McAndrew. (et) (mg). (Entered: 11/06/2013) |
| 11/01/2013 | 3 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (et) (Entered: 11/06/2013) |
| 11/06/2013 | 4 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney George A Hanson for Plaintiffs George Cook, Robert Fields, Kenneth Kissell, Michael McAndrew. Pro Hac Vice application has not been received by the court. Please return your completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $325.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application;no filing fee is required. You have been removed as counsel of record from this case for failure to submit this filing fee. (et) (Entered: 11/06/2013) |
| 11/07/2013 | 5 | WAIVER OF SERVICE Returned Executed filed by Defendant DirectSat USA LLC. upon DirectSat USA LLC waiver sent by Plaintiff on 11/7/2013, answer due 1/6/2014. Waiver of Service signed by Yesenia M. Gallegos. (Gallegos, Yesenia) (Entered: 11/07/2013) |
| 11/12/2013 | 6 | Standing Order Re Final Pre-Trial Conferences for Civil Jury Trials Before Judge George H. Wu. You are instructed to read and to follow (unless otherwise superseded herein) the Central District of California Local Rules (henceforth Local Rules) 16-1 through 16-15 regarding pre-trial requirements. (See order for details.) (kti) (Entered: 11/12/2013) |
| 11/21/2013 | 7 | APPLICATION for attorney George A. Hanson to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-13018077 paid.) filed by Plaintiffs George Cook, Robert Fields, Kenneth Kissell, Michael McAndrew. (Attachments: # 1 Proposed Order)(Hartley, Jason) (Entered: 11/21/2013) |
| 11/25/2013 | 8 | APPLICATION for attorney Jesse B. Hearin III to Appear Pro Hac Vice (PHV FEE NOT PAID.) filed by Plaintiffs George Cook, Robert Fields, Kenneth Kissell, Michael McAndrew. (Attachments: # 1 Proposed Order)(Hartley, Jason) (Entered: 11/25/2013) |
| 11/26/2013 | 9 | ORDER by Judge George H. Wu: denying 7 George A. Hanson Application to Appear Pro Hac Vice. Pursuant to Local Rule 83-2.3.4 - This Court requires local counsel to maintain an office with the District. Mr. Hartley is in the Southern District. PHV Counsel will have until December 3, 2013 to comply with Local Rules. Fee shall be returned by the Clerk if counsel has not |

| | | |
|---|---|---|
| | | complied.. Terming Attorney George A Hanson. (lt) (Entered: 11/27/2013) |
| 11/26/2013 | 10 | ORDER by Judge George H. Wu: denying 8 Jesse B. Hearin Application to Appear Pro Hac Vice. Pursuant to Local Rule 83-2.3.4 - This Court requires local counsel to maintain an office with the District. Mr. Hartley is in the Southern District. PHV Counsel will have until December 3, 2013 to comply with Local Rules. (lt) (Entered: 11/27/2013) |
| 12/02/2013 | 11 | APPLICATION for attorney George A. Hanson to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-13054057 paid.) filed by plaintiffs George Cook, Robert Fields, Kenneth Kissell, Michael McAndrew. (Attachments: # 1 Exhibit Certificate of Good Standing - Kansas, # 2 Exhibit Certificate of Good Standing - Missouri, # 3 Proposed Order on Application to Appear Pro Hac Vice)(Attorney Stanley D Saltzman added to party George Cook(pty:pla), Attorney Stanley D Saltzman added to party Robert Fields(pty:pla), Attorney Stanley D Saltzman added to party Kenneth Kissell(pty:pla), Attorney Stanley D Saltzman added to party Michael McAndrew(pty:pla))(Saltzman, Stanley) (Entered: 12/02/2013) |
| 12/03/2013 | 12 | APPLICATION for attorney Jesse B. Hearin, III to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-13059648 paid.) filed by plaintiffs George Cook, Robert Fields, Kenneth Kissell, Michael McAndrew. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Proposed Order on Application to Appear Pro Hac Vice)(Saltzman, Stanley) (Entered: 12/03/2013) |
| 12/05/2013 | 13 | ORDER by Judge George H. Wu: granting 11 Application to Appear Pro Hac Vice by Attorney George A. Hanson on behalf of Plaintiffs, designating Stanley D. Saltzman as local counsel. (lt) (Entered: 12/06/2013) |
| 12/05/2013 | 14 | ORDER by Judge George H. Wu: granting 12 Application to Appear Pro Hac Vice by Attorney Jesse B. Hearin on behalf of Plaintiffs, designating Stanley D. Saltzman as local counsel. (lt) (Entered: 12/06/2013) |
| 12/23/2013 | 15 | FIRST AMENDED COMPLAINT against Defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC, DirectSat USA LLC, Mastec North America Inc amending Complaint - (Discovery),, 1 ' Demand for Jury Trial, filed by Plaintiffs Kenneth Kissell, Michael McAndrew, Robert Fields, George Cook, Dale Schwalm, Ty Thomas (pj) (pj). (Entered: 12/27/2013) |
| 01/08/2014 | 16 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 - Related Case- filed. Related Case No: CV 13-08108 ABC(Ex). Case transferred from Magistrate Judge Frederick F. Mumm and Judge George H. Wu to Judge Audrey B. Collins and Magistrate Judge Charles F. Eick for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 13-08168 ABC(Ex). Signed by Judge Audrey B. Collins (rn) (Entered: 01/08/2014) |
| 01/10/2014 | 17 | MINUTE ORDER (IN CHAMBERS) CASE TRANSFERRED TO JUDGE COLLINS by Judge Audrey B. Collins: PLEASE TAKE NOTICE that this action has been reassigned to the Honorable Audrey B. Collins, United States District Judge. Please substitute the initials ABC in place of the initials GW. The case number will now read: CV 13-8168 ABC(Ex). Henceforth, it is imperative that the initials ABC be used on all documents to prevent any delays |

| | | |
|---|---|---|
| | | in processing of documents. The Courtroom Deputy Clerk for Judge Collins is Angela Bridges, who may be reached at (213) 894-6500. Judge Collins's courtroom is located on the 6th floor of the Roybal Federal Building, Courtroom 680. Additional information about Judge Collins may be found on the Court's website at www.cacd.uscourts.gov, "Judges' Procedures & Schedules." (PLEASE REVIEW DOCUMENT FOR FULL AND COMPLETE DETAILS) (lw) (Entered: 01/13/2014) |
| 01/13/2014 | 18 | CIVIL CASE MANAGEMENT ORDER upon filing of the complaint by Judge Audrey B. Collins (SEE DOCUMENT FOR FURTHER DETAILS). (ab) (Entered: 01/13/2014) |
| 01/20/2014 | 19 | NOTICE of Appearance filed by attorney Ryan D O'Dell on behalf of Plaintiffs George Cook, Robert Fields, Kenneth Kissell, Michael McAndrew, Dale Schwalm, Ty Thomas (Attorney Ryan D O'Dell added to party George Cook (pty:pla), Attorney Ryan D O'Dell added to party Robert Fields(pty:pla), Attorney Ryan D O'Dell added to party Kenneth Kissell(pty:pla), Attorney Ryan D O'Dell added to party Michael McAndrew(pty:pla), Attorney Ryan D O'Dell added to party Dale Schwalm(pty:pla), Attorney Ryan D O'Dell added to party Ty Thomas(pty:pla))(O'Dell, Ryan) (Entered: 01/20/2014) |
| 01/21/2014 | 20 | 21 DAY Summons Issued re First Amended Complaint 15 as to Defendant DIRECTV Inc. (bm) (Entered: 01/21/2014) |
| 02/03/2014 | 21 | 21 DAY Summons Issued re First Amended Complaint 15 as to Defendant Mastec North America Inc. (bm) (Entered: 02/04/2014) |
| 02/03/2014 | 22 | 21 DAY Summons Issued re First Amended Complaint 15 as to Defendant DIRECTV LLC. (bm) (Entered: 02/04/2014) |
| 02/03/2014 | 23 | 21 DAY Summons Issued re First Amended Complaint, 15 as to Defendant DTV Home Services II LLC. (bm) (Entered: 02/04/2014) |
| 02/05/2014 | 24 | ALIAS SUMMONS ON FIRST AMENDED COMPLAINT issued as to Defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC, DirectSat USA LLC, Mastec North America Inc (bm) (Entered: 02/11/2014) |
| 02/13/2014 | 25 | STIPULATION Extending Time to Answer the complaint as to DIRECTV LLC answer now due 3/14/2014, re Complaint - (Discovery),, 1 filed by defendant DIRECTV LLC.(Attorney Adam J Karr added to party DIRECTV LLC(pty:dft))(Karr, Adam) (Entered: 02/13/2014) |
| 02/13/2014 | 26 | CERTIFICATE of Interested Parties filed by defendant DIRECTV LLC, (Karr, Adam) (Entered: 02/13/2014) |
| 02/13/2014 | 27 | CORPORATE DISCLOSURE STATEMENT filed by Defendant DIRECTV LLC identifying DIRECTV as Corporate Parent. (Karr, Adam) (Entered: 02/13/2014) |
| 02/20/2014 | 28 | PROOF OF SERVICE Executed by Plaintiff Kenneth Kissell, Robert Fields, George Cook, upon Defendant DIRECTV Inc served on 1/23/2014, answer due 2/13/2014. Service of the Summons and Complaint were executed upon Milissa Vang - Person Authorized to Accept in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or |

| | | |
|---|---|---|
| | | public entity. Original Summons NOT returned. (Hartley, Jason) (Entered: 02/20/2014) |
| 02/26/2014 | 29 | NOTICE of Appearance filed by attorney Yesenia M Gallegos on behalf of Defendant DirectSat USA LLC (Attorney Yesenia M Gallegos added to party DirectSat USA LLC(pty:dft))(Gallegos, Yesenia) (Entered: 02/26/2014) |
| 03/06/2014 | 30 | PROOF OF SERVICE Executed by Plaintiff Ty Thomas, Kenneth Kissell, Michael McAndrew, Robert Fields, Dale Schwalm, George Cook, upon Defendant DirectSat USA LLC served on 2/14/2014, answer due 3/7/2014. Service of the Summons and Complaint were executed upon Yesenia Gallegos - Counsel for DirectSAT USA LLC in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. (O'Dell, Ryan) (Entered: 03/06/2014) |
| 03/06/2014 | 31 | PROOF OF SERVICE Executed by Plaintiff Ty Thomas, Kenneth Kissell, Michael McAndrew, Robert Fields, Dale Schwalm, George Cook, upon Defendant DIRECTV LLC served on 2/13/2014, answer due 3/14/2014. Service of the Summons and Complaint were executed upon Becky DeGeorge - Person Authorized to Accept in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. (O'Dell, Ryan) (Entered: 03/06/2014) |
| 03/06/2014 | 32 | PROOF OF SERVICE Executed by Plaintiff Ty Thomas, Kenneth Kissell, Michael McAndrew, Robert Fields, Dale Schwalm, George Cook, upon Defendant DTV Home Services II LLC served on 2/11/2014, answer due 3/4/2014. Service of the Summons and Complaint were executed upon Paul Matthews (Authorized Person) in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. (O'Dell, Ryan) (Entered: 03/06/2014) |
| 03/06/2014 | 33 | PROOF OF SERVICE Executed by Plaintiff Ty Thomas, Kenneth Kissell, Michael McAndrew, Robert Fields, Dale Schwalm, George Cook, upon Defendant Mastec North America Inc served on 2/13/2014, answer due 3/6/2014. Service of the Summons and Complaint were executed upon Becky DeGeorge - Person Authorized to Accept in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. (O'Dell, Ryan) (Entered: 03/06/2014) |
| 03/18/2014 | 34 | Joint STIPULATION for Order Requesting Status Conference filed by Defendant DIRECTV Inc, DIRECTV LLC. (Attachments: # 1 Proposed Order) (Attorney Adam J Karr added to party DIRECTV Inc(pty:dft))(Karr, Adam) (Entered: 03/18/2014) |
| 03/21/2014 | 35 | ORDER GRANTING JOINT REQUEST FOR STATUS CONFERENCE ON MARCH 31, 2014, OR AS SOON THEREAFTER AS IS PRACTICABLE by Judge Audrey B. Collins, re Stipulation for Order 26. A status conference in the above-entitled action is set for Monday,March 31, 2014 at 10:00 a.m. The |

| | | |
|---|---|---|
| | | parties are to file a joint status conference statement five days in advance of the status conference. The time for all named defendants to respond to the operative complaints in the above-entitled action will be stayed pending completion of the status conference. IT IS SO ORDERED. (cb) (Entered: 03/24/2014) |
| 03/26/2014 | 36 | STATUS REPORT / *Joint Report In Advance Of Status Conference* filed by Defendants DIRECTV Inc, DIRECTV LLC. (Karr, Adam) (Entered: 03/26/2014) |
| 03/31/2014 | 37 | MINUTES OF STATUS CONFERENCE held before Judge Audrey B. Collins: Case called. Counsel makes appearances. Court and counsel confer regarding status of case. The Court having heard from counsel, ORDERS the following: the Threshold motion to be e-filed by April 21, 2014, opposition due May 12, 2014, reply due by May 27, 2014, the hearing will be held on June 16, 2014 at 10:00 a.m. Court and counsel discuss the deadline on pleadings. The deadline to resolve pleadings on the merits is hereby STAYED. Court Reporter: Katherine Stride. (bm) (Entered: 04/03/2014) |
| 04/18/2014 | 38 | Joint STIPULATION for Extension of Time to File Threshold Motions and related deadlines filed by defendants DIRECTV Inc, DIRECTV LLC. (Attachments: # 1 Proposed Order)(Karr, Adam) (Entered: 04/18/2014) |
| 04/21/2014 | 39 | ORDER GRANTING JOINT STIPULATION RE: EXTENSION TO FILE THRESHOLD MOTIONS AND RELATED DEADLINES by Judge Audrey B. Collins, re Stipulation for Extension of Time to File 38 : The Court, having reviewed the Parties' Joint Stipulation re: Extension to File Threshold Motions and Related Deadlines, hereby orders: (1) The Threshold Motions to be e-filed by April 28, 2014; (2) Opposition to Threshold Motions to be e-filed by May 27, 2014; (3) Replies in support of Threshold Motions to be e-filed by June 9, 2014; and (4) The hearing on the Threshold Motions will conducted on June 30, 2014 at 10:00 a.m. (bm) (Entered: 04/21/2014) |
| 04/25/2014 | 40 | REQUEST to Exceed Page Limitation filed by defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC. (Attachments: # 1 Proposed Order)(Attorney Adam J Karr added to party DTV Home Services II LLC (pty:dft))(Karr, Adam) (Entered: 04/25/2014) |
| 04/28/2014 | 41 | Notice of Appearance or Withdrawal of Counsel: for attorney Linda S Husar counsel for Defendants DIRECTV Inc, DIRECTV LLC, Mastec North America Inc. Adding Linda S. Husar as attorney as counsel of record for MasTec North America, Inc., DirecTV, Inc., DirecTV, LLC for the reason indicated in the G-123 Notice. Filed by defendants MasTec North America, Inc., DirecTV, Inc., DirecTV, LLC. (Attorney Linda S Husar added to party DIRECTV Inc(pty:dft), Attorney Linda S Husar added to party DIRECTV LLC(pty:dft), Attorney Linda S Husar added to party Mastec North America Inc(pty:dft))(Husar, Linda) (Entered: 04/28/2014) |
| 04/28/2014 | 42 | CERTIFICATE of Interested Parties filed by Defendant Mastec North America Inc, identifying MasTec North America, Inc.. (Husar, Linda) (Entered: 04/28/2014) |
| 04/28/2014 | 43 | Notice of Appearance or Withdrawal of Counsel: for attorney Thomas E Hill counsel for Defendants DIRECTV Inc, DIRECTV LLC, Mastec North America |

| | | |
|---|---|---|
| | | Inc. Adding Thomas E. Hill as attorney as counsel of record for MasTec North America, Inc., DirecTV, Inc., DirecTV, LLC for the reason indicated in the G-123 Notice. Filed by Defendants MasTec North America, Inc.. (Attorney Thomas E Hill added to party DIRECTV Inc(pty:dft), Attorney Thomas E Hill added to party DIRECTV LLC(pty:dft), Attorney Thomas E Hill added to party Mastec North America Inc(pty:dft))(Hill, Thomas) (Entered: 04/28/2014) |
| 04/28/2014 | 44 | STATEMENT of Facts filed by Defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC */Index to Motions and Joint Statement of Facts* (Karr, Adam) (Entered: 04/28/2014) |
| 04/28/2014 | 45 | NOTICE OF MOTION AND MOTION to Sever Claims of Plaintiffs filed by defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC. Motion set for hearing on 6/30/2014 at 10:00 AM before Judge Audrey B. Collins. (Karr, Adam) (Entered: 04/28/2014) |
| 04/28/2014 | 46 | NOTICE OF MOTION AND MOTION to Sever defendants filed by defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC. Motion set for hearing on 6/30/2014 at 10:00 AM before Judge Audrey B. Collins. (Karr, Adam) (Entered: 04/28/2014) |
| 04/28/2014 | 47 | NOTICE OF MOTION AND MOTION to Transfer Case filed by Defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC. Motion set for hearing on 6/30/2014 at 10:00 AM before Judge Audrey B. Collins. (Attachments: # 1 Defendant's Compendium of Evidence in Support)(Karr, Adam) (Entered: 04/28/2014) |
| 04/28/2014 | 48 | REQUEST FOR JUDICIAL NOTICE re MOTION to Sever Claims of Plaintiffs 45 , MOTION to Transfer Case 47 , MOTION to Sever defendants 46 filed by Defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC. (Karr, Adam) (Entered: 04/28/2014) |
| 04/28/2014 | 49 | DECLARATION of Adam J. Karr in support of MOTION to Sever Claims of Plaintiffs 45 , MOTION to Sever defendants 46 , MOTION to Transfer Case 47 filed by Defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B Part 1, # 3 Exhibit B Part 2, # 4 Exhibit B Part 3, # 5 Exhibit B Part 4, # 6 Exhibit B Part 5, # 7 Exhibit C, # 8 Exhibit D)(Karr, Adam) (Entered: 04/28/2014) |
| 04/28/2014 | 50 | NOTICE OF LODGING filed re MOTION to Sever Claims of Plaintiffs 45 , MOTION to Transfer Case 47 , MOTION to Sever defendants 46 (Attachments: # 1 Proposed Order)(Karr, Adam) (Entered: 04/28/2014) |
| 04/30/2014 | 51 | ORDER by Judge Audrey B. Collins: The Court, having reviewed Defendants' Request to Exceed Page Limit, and for good cause shown, hereby orders that the page limit on the memorandum of points and authorities in all briefs associated with Defendants Motion to Transfer Plaintiffs for Inconvenient Venue under 28 U.S.C. § 1404 be extended to 40 pages. re: granting 40 Request for Leave to File Excess Pages (lw) (Entered: 04/30/2014) |
| 05/26/2014 | 52 | NOTICE of Manual Filing filed by Plaintiff Robert Fields of Declaration of Ryan O'Dell and Exhibits Thereto in Opposition to Motion to Sever Plaintiffs' Claims, Motion to Sever Defendants and Motion to Transfer Actions; |

| | | |
|---|---|---|
| | | Application to File Declaration of Ryan O'Dell Under Seal and Proposed Order. (O'Dell, Ryan) (Entered: 05/26/2014) |
| 05/27/2014 | 53 | JOINT STATEMENT of Plaintiffs of Facts and Procedural History in Opposition to Defendants' Motions to Sever and Transfer MOTION to Sever Claims of Plaintiffs 45, MOTION to Transfer Case 47, MOTION to Sever defendants 46 filed by Plaintiff Robert Fields. (Hanson, George) (Entered: 05/27/2014) |
| 05/27/2014 | 54 | MEMORANDUM in Opposition to MOTION to Sever Claims of Plaintiffs 45, MOTION to Sever defendants 46 filed by Plaintiff Robert Fields. (O'Dell, Ryan) (Entered: 05/27/2014) |
| 05/27/2014 | 55 | MEMORANDUM in Opposition to MOTION to Transfer Case 47 filed by Plaintiff Robert Fields. (O'Dell, Ryan) (Entered: 05/27/2014) |
| 05/27/2014 | 56 | REQUEST to Exceed Page Limitation of Memorandum in Opposition to Motions to Sever Plaintiffs Claims and Defendants (Attachments: # 1 Proposed Order)(O'Dell, Ryan) (Entered: 05/27/2014) |
| 06/02/2014 | 57 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Audrey B. Collins ORDERING Application to Seal; Proposed Order; Declaration of Ryan O'Dell submitted by Plaintiffs received on 5/27/2014 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk. (jp) (Entered: 06/05/2014) |
| 06/02/2014 | 58 | SEALED DOCUMENT - DECLARATION OF RYAN D. O'DELL IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO MOTION OF DEFENDANT TO SEVER PLAINTIFFS' CLAIMS, MOTION OF DEFENDANTS TO SEVER DEFENDANT, AND MOTION OF DEFENDANTS TO TRANSFER (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4) (bm) (Entered: 06/09/2014) |
| 06/02/2014 | 62 | SEALED DOCUMENT - APPLICATION TO FILE DECLARATION OF RYAN D. O'DELL IN OPPOSITION TO MOTION OF DEFENDANTS' TO SEVER PLAINTIFFS' CLAIMS, MOTION OF DEFENDANTS TO SEVER DEFENDANTS, AND MOTION OF DEFENDANTS TO TRANSFER UNDER SEAL (bm) (Entered: 06/10/2014) |
| 06/02/2014 | 63 | SEALED DOCUMENT - ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DECLARATION OF RYAN D. O'DELL IN OPPOSITION TO MOTION OF DEFENDANTS TO SEVER PLAINTIFFS' CLAIMS, MOTION OF DEFENDANTS TO SEVER DEFENDANTS, AND MOTION OF DEFENDANTS TO TRANSFER UNDER SEAL (bm) (Entered: 06/10/2014) |
| 06/09/2014 | 59 | REPLY in support of MOTION to Sever Claims of Plaintiffs 45 filed by Defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC. (Karr, Adam) (Entered: 06/09/2014) |
| 06/09/2014 | 60 | REPLY in support of MOTION to Sever defendants 46 filed by Defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC. (Karr, Adam) (Entered: 06/09/2014) |

| 06/09/2014 | 61 | REPLY in support of MOTION to Transfer Case 47 filed by Defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC. (Karr, Adam) (Entered: 06/09/2014) |
|---|---|---|
| 06/26/2014 | 64 | MINUTE ORDER (IN CHAMBERS) ORDER CONTINUING MOTIONS by Judge Audrey B. Collins: The Court hereby CONTINUES the hearing on Defendants' Motions to Sever Plaintiffs, Sever Defendants, and Transfer to Monday, July 28, 2014, at 10:00 a.m. (lw) (Entered: 06/26/2014) |
| 07/10/2014 | 65 | MINUTE ORDER IN CHAMBERS RE: JOINT REPORT RE: MOTION TO TRANSFER by Judge Audrey B. Collins: Pending before the Court are Defendants' Motions to Transfer the four above-referenced cases. Upon review of the papers the, Court notes that the Motions ask the Court only to transfer the cases to the "appropriate District" for each state. However, each prospective transferee state consists of more than one district, and the Court cannot ascertain, based on the information presently before it, which district is the "appropriate" one for each case or for each plaintiff within each case. The Court therefore ORDERS the parties to meet and confer and file a Joint Report consisting of the following: 1. Defendants' position as to which district is the "appropriate District" for each case, should the Court decide to transfer each of the four cases in their entirety. 2. Defendants' position as to which district is the "appropriate District" for each Plaintiff, should the Court sever the Plaintiffs and then transfer the resulting cases. 3. Plaintiffs' objections, if any, to each "appropriate District" as identified by Defendants. Plaintiffs' participation in this Joint Report shall not be construed as consent to severance, transfer, or both. This Joint Report must be filed no later than Thursday July 16, 2014. (bm) (Entered: 07/10/2014) |
| 07/11/2014 | 66 | TEXT ENTRY (IN CHAMBERS) ORDER parties are hereby notified that the Court inadvertently indicated the incorrect date on the minute dated July 10, 2014. The joint report must be e-filed by Thursday, July 17, 2014. A. Bridges, Court Clerk to Judge Collins. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ab) TEXT ONLY ENTRY (Entered: 07/11/2014) |
| 07/17/2014 | 67 | JOINT REPORT of Parties RE: Motion to Transfer filed by Defendants DIRECTV Inc, DIRECTV LLC, DTV Home Services II LLC. (Karr, Adam) (Entered: 07/17/2014) |
| 07/22/2014 | 68 | ORDER RE: MOTIONS TO TRANSFER AND MOTIONS TO SEVER CLAIMS OF PLAINTIFFS AND DEFENDANTS by Judge Audrey B. Collins. Pending before the Court are Defendant's Motions to Sever Claims of Plaintiffs, Sever Defendants, and Transfer. Plaintiffs filed Oppositions to all Motions and Defendants filed Replies. The Court hereby GRANTS all Motions to Transfer. The Court DENIES as moot and without prejudice all Motions to Sever Claims of Plaintiffs and to Sever Defendants. transferring case to Eastern District of Pennsylvania. (MD JS-6. Case Terminated.) (bp) (Entered: 07/23/2014) |
| 07/23/2014 | 69 | TRANSMITTAL of documents: Electronic Documents are Accessible Through Pacer. (bp) (Entered: 07/23/2014) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 07/23/2014 13:28:50 ||||
| PACER Login: | ud1663 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:13-cv-08168-ABC-E End date: 7/23/2014 |
| Billable Pages: | 12 | Cost: | 1.20 |

*Transfer from CDofCalifornia → 7/23/14*

PD

14-cv-4427

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __Pennsylvania__

Address of Defendant: __El Segundo, CA; King of Prussia, PA; Wilmington, DE; Coral Gables, FL__

Place of Accident, Incident or Transaction: __Nationwide__
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐  No☒

Does this case involve multidistrict litigation possibilities?   Yes☐  No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases. (Please specify) __Fair Labor Standards Act__

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases (Please specify) _____

## ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than ~~monetary~~ damages is sought.

DATE: _____   _____   Attorney I.D.# _____
Attorney-at-Law

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

JUL 23 2014

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __7/23/14__   __Steve Tomas__   Deputy Clerk
Attorney-at-Law   Attorney I.D.#

CIV. 609 (5/2012)



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

Robert Fields, et al         :     CIVIL ACTION
                  v.         :
Directv Inc., et al          :     No. 4427

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (X)

7/23/14         Steve Tomes            Deputy Clerk
**Date**         Attorney-at-law        Attorney for

_____        _____              _____
**Telephone**    **FAX Number**         **E-Mail Address**

(Civ. 660) 10/02

JUL 23 2014